02-10-280-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-10-00280-CV

 

 


 
 
 In the Guardianship of Buford Scott, Jr.
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE County
Court OF Hood COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Amended Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution issue. 
See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
December 8, 2011









[1]See
Tex. R. App. P. 47.4.